**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-80655-MIDDLEBROOKS

JOSE ENRIQUE REXACH,

Plaintiff,

v.

USCIS, et al.,

Defendants.
______________________________ /

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed June 29, 2026. (DE 7). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither.

Accordingly, it is **ORDERED and ADJUDGED** that:

1) This case is **DISMISSED WITHOUT PREJUDICE**.

2) The Clerk shall **CLOSE** this case and all pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 30th day of June, 2026.

Donald M. Middlebrooks
United States District Judge